as a manufacturer of adulterated butter and paid under protest. The issue of fact was whether his use of a small quantity of lime in a large vat of water in which particles of butter were softened was "for the purpose or with the effect" of removing rancidity from the butter. Act May 9, 1902, c. 784, § 4, 32 Stat. 194. A judgment upon a former trial was reversed by this court. 146 C. C. A. 437, 232 Fed. 443. At the second trial the jury found for the plaintiff, and this writ of error is directed to the judgment in his favor. The request of the collector, the defendant, for an instructed verdict, was properly denied. There was substantial evidence to support the verdict that followed. The trial court had no doubt of it on motion for a new trial, nor have we. We also think that the assignments of error upon the admission and rejection of certain evidence are so clearly without merit that they need not be discussed. The judgment is affirmed.

---

SMITH v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 20, 1918.) No. 5095. In Error to the District Court of the United States for the Eastern District of Oklahoma. J. H. Mathers and J. L. Hodge, both of Ardmore, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., of Muskogee, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court for want of prosecution, etc.

---

SPRING VALLEY WATER CO. v. CITY AND COUNTY OF SAN FRANCISCO et al. (Circuit Court of Appeals, Ninth Circuit. October 9, 1918.) No. 2808. Appeal from the District Court of the United States for the Second Division of the Northern District of California. For opinion below, see 252 Fed. 979. Edward J. McCutchen, A. Crawford Greene, and McCutchen, Olney & Willard, all of San Francisco, Cal., for appellant. Percy V. Long, City Atty., and Robert M. Searles, Asst. City Atty., both of San Francisco, Cal., for appellees.

PER CURIAM. Appeal dismissed by clerk, under rule 20 (208 Fed. xi, 124 C. C. A. xi), and pursuant to agreement of counsel.

---

SPRING VALLEY WATER CO. v. CITY AND COUNTY OF SAN FRANCISCO et al. (Circuit Court of Appeals, Ninth Circuit. October 9, 1918.) No. 2910. Appeal from the District Court of the United States for the Second Division of the Northern District of California. For opinion below, see 252 Fed. 979. Edward J. McCutchen, A. Crawford Greene, and McCutchen, Olney & Willard, all of San Francisco, Cal., for appellant. Percy V. Long, City Atty., and Robert M. Searles, Asst. City Atty., both of San Francisco, Cal., for appellee.

PER CURIAM. Appeal dismissed by clerk, under rule 20 (208 Fed. xi, 124 C. C. A. xi), and pursuant to agreement of counsel.

---

WILLARD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 9, 1918.) No. 5049. In Error to the District Court of the United States for the Western District of Oklahoma. E. J. Giddings, George H. Giddings, and T. A. Carson, all of Oklahoma City, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, for want of prosecution.

End of Cases in Vol. 253

*